# Exhibit A
## Statement of Claim
## Plaintiff Paul Scott Fryburg

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 1/4/24 - 6/29/24 | 25.43 | 55 | $ 1,945.00 | $ 35.36 | $ 53.05 | $ 6,744.35 | $ 6,744.35 |
| | | | | | | $ 6,744.35 | $ 6,744.35 |

|  |  |
|---|---|
| Total Unpaid Overtime Wages[1] = | $ 6,744.35 |
| Total Liquidated Damages[1] = | $ 6,744.35 |
| Total[1] = | $ 13,488.70 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.